**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Flow Control LLC.<br><br>                    PLAINTIFF,<br><br>V.<br><br>United States    DEFENDANT. | Court Number: 21-00201<br><br>**CUSTOMS CASE MANAGEMENT CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

                                                Mario Toscano
                                                Clerk of the Court

Date: 5/2/2025                              By:  /s/ Stephen Swindell
                                                            Deputy Clerk